UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YEISON CRUZ,

        Plaintiff,

v.                                           Case No: 2:18-cv-287-FtM-38MRM

GEOVERA SPECIALTY
INSURANCE COMPANY,

        Defendant.
_____/

# **ORDER**[1]

Before the Court is Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 39). Judge McCoy recommends granting Plaintiff Yeison Cruz and Defendant GeoVera Specialty Insurance Company's Joint Stipulation to Stay Litigation Pending Completion of Appraisal. (Doc. 38). Neither party filed a timely objection to the Report and Recommendation, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).* In the absence of specific objections, there is no

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration and an independent review of the file, the Court accepts and adopts in part the Report and Recommendation. The Court accepts the Report and Recommendation in its entirety except for paragraph 4. There is no need for the Court to reserve jurisdiction over specific issues because it is staying the proceedings rather than closing the case. If a dispute arises during appraisal, such as the selection of a neutral umpire, then the parties may notify the Court at that time.

Accordingly, it is now

**ORDERED:**

1. Report and Recommendation (Doc. 39) is **ACCEPTED and ADOPTED in part**.
2. The Joint Stipulation to Stay Litigation Pending Completion of Appraisal (Doc. 38) is **GRANTED**.
3. This action is **STAYED** until the parties advise the Court that the appraisal process has been completed and the stay is due to be lifted. The parties must notify the Court of such matters within **seven (7) days** of the appraisal proceedings concluding.
4. The parties must file a joint status report regarding the status of the appraisal **on or before March 1, 2019**, and **every forty-five (45) days** thereafter until the appraisal proceedings conclude.

5. Plaintiff has **ninety (90) days** from the date of this Order to select an appraiser and notify Defendant of the selection.

6. The Clerk of Court is **DIRECTED** to add a stay flag to this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of January 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record